22988

The STATE, Respondent v. Leroyal DARBY, Appellant.

(377 S. E. (2d) 340)

Supreme Court

*Chief Atty. William I. Diggs, Asst. Appellate Defenders D. Mark Stokes* and *Stephen P. Williams,* all of *S. C. Office of Appellate Defense,* Columbia, *for appellant.*

*Atty. Gen. T. Travis Medlock, Asst. Attys. Gen. Harold M. Coombs, Jr.,* and *Amie L. Clifford,* Columbia, and *Sol. Joseph P. Mizzell, Jr.,* Orangeburg, *for respondent.*

Heard Feb. 8, 1989.

Decided March 13, 1989.

*Per Curiam:*

Appellant was convicted of murder for the shooting death of his ex-wife. He was sentenced to life imprisonment. We affirm.

Appellant contests the trial judge's refusal to suppress evidence seized from his automobile pursuant to an inventory search. We decline to rule on the validity of the search. We hold any error harmless beyond a reasonable doubt in view of the overwhelming evidence of appellant's guilt. *State v. Gathers,* 295 S. C. 476, 369 S. E. (2d) 140 (1988).

Accordingly, the judgment of the circuit court is

Affirmed.